Henry C. MEYER, et al.,
Plaintiff-Appellant,

v.

ARMSTRONG WORLD INDUSTRIES, INC., et al., Defendants-Appellees.

Mary Ellen JENKINS, et al.,
Plaintiff-Appellant,

v.

ARMSTRONG WORLD INDUSTRIES, INC., et al., Defendants-Appellees.

Anona BELISLE, et al.,
Plaintiff-Appellant,

v.

ARMSTRONG WORLD INDUSTRIES, INC., et al., Defendants-Appellees.

Nos. 85–3964 to 85–3968.

United States Court of Appeals,
Ninth Circuit.

June 22, 1987.

Brent M. Rosenthal, Russell W. Budd and Janice Robinson, Dallas, Tex., Clark Gasser, Pocatello, Idaho, for plaintiffs-appellants.

Christopher Burke, Boise, Idaho, for defendants-appellees.

Before FLETCHER, BOOCHEVER and NORRIS, Circuit Judges.

**ORDER**

The district court's order granting defendants' motion for summary judgment is vacated.* The case is remanded for the district court to determine whether the actions are timely under *Davis v. Moran*, 112

* The district court's opinion appears at 643

Idaho 703, 735 P.2d 1014 (1987) and, if not, whether the provisions of 42 U.S.C. § 9658 are applicable.